# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Litepanels, LTD And Vivendum Production Solutions, Inc. | **COURT CASE NUMBER** 2:24-mc-00053 |
| **DEFENDANT** GVM Photographic Equipment, Inc. | **TYPE OF PROCESS** Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
GVM Photographic Equipment, Inc.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
12285 McNulty Road, Unit 5 aka #105 aka Bay 105, Philadelphia, PA

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**
Phillip D. Berger, Esq. - Berger Law Group, PC
919 Conestoga Road, Building 3, Suite 114
Bryn Mawr PA 19010

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.: $2,000.00

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 610-668-0774
DATE: 10/23/24

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | 66 | | 10/16/24 |

☒ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 10/30/24   Time: 10:00 ☒ am ☐ pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS**
2 Deputies × 3 HRS × 65.00/hr = 390.00
2 Deputies × 4.5 HRS × 65.00/hr = 585.00
Mileage 4 Vehicles 34 miles R/T × .67 = 91.12

Total Service Fee $1,066.12

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE