# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LITEPANELS, LTD.,** *et al.*, *Plaintiffs* | : : : | **MISC. ACTION** **NO. 24-0053** |
| v. | : : | |
| **GVM PHOTOGRAPHIC EQUIPMENT INC.,** *Defendant* | : : : : | |

# ORDER

**AND NOW**, this 20th day of February 2025, upon consideration of Third-Party Jian Cheng Technology's *motion to vacate writ of execution and set aside U.S. Marshal's sale of personal property due to Plaintiffs' failure to follow procedures required by law*, (ECF 11), it is hereby **ORDERED** that:

(1) Plaintiffs are restrained from taking any further actions to execute against real property contained in the warehouse located at 12285 McNulty Road, Unit 5, Philadelphia, Pennsylvania, 19154 (the "Warehouse");

(2) All real property contained in the Warehouse shall be maintained and preserved and not subject to sale or transfer of any kind;

(3) Plaintiffs shall deposit any moneys obtained as a result of the February 5, 2025 Marshal's Auction of real property contained in the Warehouse into the Court's escrow account by February 24, 2025; and

(4) Plaintiffs shall file a response to the motion to vacate by February 28, 2025.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*