# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LITEPANELS, LTD.**, *et al.*, *Plaintiffs* | : : : | **MISC. ACTION** **NO. 24-0053** |
| v. | : : | |
| **GVM PHOTOGRAPHIC EQUIPMENT INC.**, *Defendant* | : : : : | |

# ORDER

**AND NOW**, this 6th day of March 2025, upon consideration of Third-Party Jian Cheng Technology's *motion to vacate writ of execution and set aside U.S. Marshal's sale of personal property due to Plaintiffs' failure to follow procedures required by law*, (ECF 11), and Plaintiffs' response in opposition, (ECF 17), it is hereby **ORDERED** that a hearing is scheduled for March 20, 2025, at 10:30 A.M., in Courtroom 8-B, the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, at which time counsel shall appear and be heard on the issues raised in the underlying motion.

                                                            **BY THE COURT:**

                                                            */s/ Nitza I. Quiñones Alejandro*
                                                            **NITZA I. QUIÑONES ALEJANDRO**
                                                            *Judge, United States District Court*